UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HERMAN MANDEL,                                         Civil Action No.: 13 CV 02940

                        Plaintiff,
      -against-

ENHANCED RECOVERY COMPANY, LLC,       **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**


                        Defendant.
------------------------------------------------------------------X

      Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff HERMAN MANDEL by his counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant ENHANCED RECOVERY COMPANY, LLC.

Dated: August 12, 2013
       Brooklyn, New York

For:    HERMAN MANDEL

By:   */s/ Alan J. Sasson*
Alan J. Sasson, Esq. (AS8452)
LAW OFFICE OF ALAN J. SASSON, P.C.
1669 East 12 Street, 2nd Floor
Brooklyn, New York 11229
Phone:    (718) 339-0856
Facsimile: (347) 244-7178


**SO ORDERED**

By:_____

Hon._____, USDJ